# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ORLANDO A ARTOLA and all others similarly situated under 29 U.S.C. 216(b), <br><br>Plaintiff, <br>vs. <br><br>MRC EXPRESS, INC. <br>ALPHA LOGISTICS SERVICE, INC., <br><br>Defendants. | 14-CV-23219-Seitz/Turnoff |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
MRC EXPRESS, INC.
Registered Agent: Maria E Bethencourt
230 Sunport Lane #100
Orlando, FL 32809

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.<br>
J.H. Zidell P.A.<br>
300 71ST Street, Suite 605<br>
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **September 2, 2014**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ORLANDO A ARTOLA and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) | **14-CV-23219-Seitz/Turnoff** |
| Plaintiff, | ) | |
| vs. | ) ) | |
| MRC EXPRESS, INC. ALPHA LOGISTICS SERVICE, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
ALPHA LOGISTICS SERVICE, INC.
Registered Agent: Maria E Bethencourt
230 Sunport Lane #100
Orlando, FL 32809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **September 2, 2014**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts