UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23219-CIV-TURNOFF

[CONSENT CASE]

| | |
|---|---|
| ORLANDO A ARTOLA and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| MRC EXPRESS, INC. ALPHA LOGISTICS SERVICE, INC., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SETTLEMENT

The undersigned hereby notices the Court that the above-captioned matter has been settled as to all Parties pursuant to an amicable resolution among the Parties.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870
BY:___/s/____K. David Kelly_____
K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT ON 10/12/15 VIA CM/ECF TO:**

**ALL CM/ECF RECIPIENTS**

**ADI AMIT, ESQ.**
**LUBELL & ROSEN, LLC**
**200 S. ANDREWS AVENUE, SUITE 900**
**FORT LAUDERDALE, FL 33301**
**PH: 954-880-9500**
**FAX: 954-755-2993**
**EMAIL: ADI@LUBELLROSEN.COM**

**BY:___/s/___K. David Kelly_____**
**K. DAVID KELLY, ESQ.**